IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER LYONS,

                Petitioner,                              ORDER

     v.                                          08-cv-331-slc

BRADLEY HOMPE, Warden,
Stanley Correctional Institution,

                Respondent.

---

On June 9, 2008, this court entered an order directing petitioner to submit either the five dollar filing fee or a completed application for leave to proceed *in forma pauperis* in this habeas corpus proceeding. The order specified that petitioner was to make either of these submissions not later than June 23, 2008. It is now July 1, 2008 and the court has not received the filing fee or a completed application for leave to proceed *in forma pauperis* from petitioner. Accordingly, the petition is DISMISSED WITHOUT PREJUDICE for petitioner's failure to prosecute it.

Entered this 1st day of July, 2003.

BY THE COURT:

*Barbara B. Crabb*
_____
BARBARA B. CRABB
District Judge