# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| **CHRISTOPHER LYONS,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 08-cv-331-slc |
| **BRADLEY HOMPE, Warden,** Stanley Correctional Institution, | |
| Respondent. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

that the petition is DISMISSED WITHOUT PREJUDICE for petitioner's failure to prosecute it.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

Connie A. Korth                                              7/2/08
by Deputy Clerk                                           _____
                                                                        Date