IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER LYONS,

                Petitioner,                            ORDER

     v.                                                  08-cv-331-slc

BRADLEY HOMPE, Warden,
Stanley Correctional Institution,

                Respondent.

---

On July 1, 2008, this court entered an order dismissing Christopher Lyons's petition for a writ of habeas corpus after he failed to submit either the filing fee or a completed application for leave to proceed *in forma pauperis* as directed by the court's June 9, 2008 order. Petitioner has now moved to vacate the judgment and reinstate the petition. He also has submitted the $5 filing fee.

Petitioner's motion is GRANTED. The clerk of court is directed to VACATE the judgment entered July 1, 2008 and reinstate the petition.

Entered this 15th day of July, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge