IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTOPHER LYONS,

                ORDER

      Petitioner,

                08-cv-331-slc

  v.

BRADLEY HOMPE, Warden,
Stanley Correctional Institution,

      Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  No objection having been filed in response to the report and recommendation entered herein by the United States Magistrate Judge on November 30, 2008, IT IS ORDERED that the recommendation of the magistrate judge is ADOPTED. Further, IT IS ORDERED that Christopher Lyons's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

  Entered this 26th day of January, 2009.

                BY THE COURT:
                /s/
                BARBARA B. CRABB
                District Judge