# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| **CHRISTOPHER LYONS,** | **JUDGMENT** <br> **on a Motion pursuant to** |
| Petitioner, | **28 U.S.C. § 2254** |
| v. | Case No.: 08-cv-331-slc |
| **BRADLEY HOMPE, Warden,** <br> **Stanley Correctional Institution,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ S. Vogel                                                                                                  1/26/09
_____                                            _____
**by Deputy Clerk**                                                                                       Date